**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GREAT LAKES TRANSPORTATION
HOLDING L.L.C., d/b/a METRO CARS,

      Plaintiff,

vs.

ULUGBEK HODJIYEV D/B/A DETROIT
METRO CAR SERVICE; LENIZA
KHARISOVA D/B/A DETROIT METRO
CAR SERVICE; individuals and DETROIT
METRO CAR SERVICE, a business.

      Defendants.

Case No.: 10-14679

Judge: Patrick J. Duggan

| | |
|---|---|
| Jill M. Wheaton (P49921) | Charles Busse (P49770) |
| Joseph A. Doerr (P66109) | BALIAN & BUSSE, P.C. |
| Dykema Gossett PLLC | Attorneys for Defendants |
| Attorneys for Plaintiff Great Lakes | 811 South Blvd. E, Suite 200 |
|  Transportation Holding Co. | Rochester Hills, Michigan 48307 |
| 2723 South State Street, Suite 400 | (248) 402-0000 |
| Ann Arbor, Michigan 48104 | chuck@busselaw.com |
| (734) 214-7629 | |
| jwheaton@dykema.com | |
| jdoerr@dykema.com | |

**STIPULATED PERMANENT INJUNCTION**

      The Court having reviewed the First Amended Complaint and Plaintiff's Motion for Preliminary Injunction, along with the supporting papers, and the parties having stipulated to the entry of this Order;

      IT IS HEREBY ORDERED that Defendants, their agents, servants, employees and all persons in active concert or participation with them, are preliminarily and permanently enjoined and restrained from:

1

(1)     using Plaintiff's Servicemark "METRO CARS" (hereinafter, "Service Mark"), or colorable imitations thereof and other designs, designations and indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's rights, including, but not limited to, the name "Detroit Metro Car Service" or any other name using the words "Metro Car" or "Metro Cars;"

(2)     operating websites using the domain name or url www.detroitmetrocarservice.com or any other domain name or that contains the url words "Metro" and "Car(s);"

(3)     using the designation METRO CARS or any variations thereof within meta tags for, or as html codes for, Defendants' websites;

(4)     listing any phone numbers in directory assistance under Plaintiff's Servicemark, colorable imitations of Plaintiff's Servicemark, or other designs, designations and indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's rights, including "Detroit Metro Car Service" or any other name using the words "Metro Car" or "Metro Cars";

(5)     informing or suggesting to customers or potential customers that they are "Metro Car," "Metro Cars," or are affiliated with, "Metro Cars;"

(6)     otherwise infringing Plaintiff's rights in its Servicemark and competing unfairly with Plaintiff.

IT IS FURTHER ORDERED THAT Defendants, their agents, owners, servants, employees and all persons in active concert or participation with them:

(7)     revise their website and change their website address/url, and destroy any and all advertising, promotional materials, business cards, signs, and the like, that contain

Plaintiff's Servicemark, colorable imitations of Plaintiff's Servicemark, or other designs, designations and indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's rights, so as to remove the name "Detroit Metro Car Service" from both the site and materials themselves and from meta-tags, html codes, and/or search terms;

(8) remove, or cause to be removed, the name "Detroit Metro Car Service" and from any and all listings of Defendants' assumed names of d/b/a's, including but not limited to, listings with the State of Michigan.

IT IS FURTHER ORDERED THAT Defendants are directed to file with this Court, and serve on Plaintiff within thirty (30) days from the date of entry of this order, a written report under oath setting forth in detail the manner and form in which Defendants have complied with this Order.

IT IS FURTHER ORDERED that this Order shall become effective upon entry with the Court and the Court shall retain jurisdiction to enforce the terms of this Order.

ISSUED this 7th day of January, at 3:20 o'clock in the a forenoon.

IT IS SO ORDERED.


        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: January 7, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on January 7, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

STIPULATED AND AGREED TO
AS TO FORM AND SUBSTANCE:

s/Jill M. Wheaton
Jill M. Wheaton (P49921)
Attorney for Plaintiff

s/Charles Busse
Charles Busse (P49770)
Attorney for Defendants

s/Ulugbek Hodjiyev
Ulugbek Hodjiyev
Defendant

AA01\259402.1
ID\JMW - 064509/0999